

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00672-CR

**EX PARTE KEITH YARBROUGH,**
Appellant

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2015W0344
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is granted. Time is extended to December 21, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.

Keith E. Hottle
Clerk of Court